IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:05CR16DCBJCS

EBRAHIM ARASH SHOJAJARI

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, EBRAHIM ARASH SHOJAJARI, without prejudice.

DUNN LAMPTON
United States Attorney

By: DAVE FULCHER
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 19th day of September 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE